IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORINZA BLACK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-CV-0031-WKW- |
| ) | CSC (WO) |
| SHERIFF JAY JONES, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 3, 2006, the Magistrate Judge filed a Recommendation (Doc. # 7) finding that the plaintiff's Complaint (Doc. # 1) is due to be dismissed without prejudice as the plaintiff failed to pay the requisite $250 filing fee upon the initiation of this case. On March 6, 2006, the plaintiff filed an Objection (Doc. # 10) to the Recommendation.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Objection (Doc. # 10) is OVERRULED.

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. The plaintiff's action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 9th day of March, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE