IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| LORINZA BLACK, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SHERIFF JAY JONES, )<br>)<br>    Defendants. ) | CASE NO. 3:06-CV-0031-WKW-<br>CSC (WO) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that:

1. This action is DISMISSED without prejudice.

2. Judgment is entered in favor of the defendants and against the plaintiff.

3. The costs of this action are taxed against the plaintiff, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 9th of March, 2006.

           /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE